**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **LOU TYLER,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:16-CV-1698-L |
| | § | |
| **OCWEN LOAN SERVICING, LLC** | § | |
| **and DEUTSCHE BANK,** | § | |
| | § | |
| Defendants. | § | |

# ORDER

On June 22, 2016, *pro se* Plaintiff Lou Tyler ("Plaintiff") filed this action against Defendants Ocwen Loan Servicing, LLC and Deutsche Bank (collectively, "Defendants") requesting that the court reconsider and reverse a previous decision entered in favor of Defendants.[*] The case was referred to Magistrate Judge Paul D. Stickney for initial screening who entered the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on July 19, 2016, recommending that the court dismiss Plaintiff's this action with prejudice as barred by res judicata because Plaintiff asserts the same claims that were or could have been adjudicated in a previous suit, *Tyler v. Ocwen Loan Servicing, LLC*, No. 3:15-CV-1117-N-BK (N.D. Tex. 2015). No objections to the Report were filed.

After reviewing the pleadings, file, record, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **dismisses with prejudice** this action as barred by res judicata.

---

[*] The Report states that Plaintiff filed a petition in state court in June 2016; however, this action commenced in federal court.

**Order – Page 1**


**It is so ordered** this 16th day of August, 2016.

_____
Sam A. Lindsay
United States District Judge

**Order – Page 2**